Craig B. Garner (Cal. State Bar No. 177971)
Garner Health Law Corporation
435 Washington Blvd.
Marina del Rey, CA 90292
(310) 458-1561
craig@garnerhealth.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KAILEY KENDALL ZELEK

Plaintiff(s),

v.

BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, et al.

Defendant(s).

CASE NUMBER

2:23-cv-06864-HDV-SSC

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

- ☑ This action is dismissed by the Plaintiff(s) in its entirety.

- ☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- ☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ **ONLY** Defendant(s) _____
  is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

APRIL 16, 2024
*Date*

/S/ CRAIG B. GARNER
*Signature of Attorney/Party*

*NOTE:  **F.R.Civ.P. 41(a)**: This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*  **F.R.Civ.P. 41(c)**: Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# CERTIFICATE OF SERVICE

*KAILEY KENDALL ZELEK v. BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, et al.*

United States District Court - Central District of CA Case No. 8:23-cv-06864-HDV-SSC

I hereby certified that on April 16, 2024, I caused the following document:

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

to be served upon counsel in the manner described below:

By electronic delivery (e-mail) to the Requesting Party at the e-mail address of record as registered at the Central District CM/ECF system.

Kimberly A. Klinsport, Esq.
kklinsport@foley.com
Kendall E. Waters, Esq.
kwaters@foley.com
Jason Y. Wu, Esq.
jwu@foley.com
Emma E. Soldon, Esq.
esoldon@foley.com
FOLEY & LARDNER LLP
555 South Flower Street
Suite 3300
Los Angeles, CA 90071

*Counsel for Defendants*

　　*/s/ Craig B. Garner*
Craig B. Garner
*Counsel for Plaintiff*