1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA        JS-6

| KAILEY KENDALL ZELEK, an individual, | Case No. 2:23-cv-06864-HDV-SSC |
|---|---|
| Plaintiff, | Hon . Hernan D. Vera, District Court Judge |
| v. | [~~PROPOSED~~] **ORDER DISMISSING CASE** |
| BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California corporation; CALIFORNIA PHYSICIANS SERVICE doing business as BLUE SHIELD OF CALIFORNIA, a California nonprofit corporation, | |
| Defendants. | |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 4/19/24

_____

UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

*KAILEY KENDALL ZELEK v. BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, et al.*

United States District Court - Central District of CA Case No. 8:23-cv-06864-HDV-SSC

I hereby certified that on April 17, 2024, I caused the following document:

**[PROPOSED] ORDER DISMISSING CASE**

to be served upon counsel in the manner described below:

By electronic delivery (e-mail) to the Requesting Party at the e-mail address of record as registered at the Central District CM/ECF system.

Kimberly A. Klinsport, Esq.
kklinsport@foley.com
Kendall E. Waters, Esq.
kwaters@foley.com
Jason Y. Wu, Esq.
jwu@foley.com
Emma E. Soldon, Esq.
esoldon@foley.com
FOLEY & LARDNER LLP
555 South Flower Street
Suite 3300
Los Angeles, CA 90071

*Counsel for Defendants*

      */s/ Craig B. Garner*
Craig B. Garner
*Counsel for Plaintiff*